530

389 A.2d 172

Commonwealth v. Lockhart, Appellant.

Submitted June 23, 1977. Caryl Andrea Oberman, for appellant; Arthur Lee Dixon, Assistant District Attorney, and F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Order affirmed.

SPAETH, J., concurred in the result.

WATKINS, former P. J., did not participate in the consideration or decision of this case.

389 A.2d 172

Commonwealth v. McCartney, Appellant.

Submitted November 8, 1976. Michael J. Wherry, Public Defender, for appellant; Samuel J. Orr, IV, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

WATKINS, former P. J., did not participate in the consideration or decision of this case.